SUSANA ALCALA WOOD, City Attorney (SBN 156366)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and JEREMIAH JARVIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem; A.B.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem; JOSEPH MORALES; WENDY GRIJALVA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; JEREMIAH JARVIS,<br><br>Defendants. | Case No.:  2:21-cv-01619-MCE-JDP<br><br>ANSWER OF DEFENDANT CITY OF SACRAMENTO AND JEREMIAH JARVIS |

Defendants CITY OF SACRAMENTO and JEREMIAH JARVIS, (hereinafter "Defendants") answers the verified Complaint (hereinafter "Complaint") of Plaintiff A.A.M., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO AUGUSTINE MORALES, DECEASED, BY AND THROUGH WENDY GRIJALVA, AS GUARDIAN AD LITEM; A.B.M., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO AUGUSTINE MORALES, DECEASED, BY AND THROUGH WENDY GRIJALVA, AS GUARDIAN

1

AD LITEM; JOSEPH MORALES; WENDY GRIJALVA, as follows:

1. Answering paragraph 1 of the Complaint, Defendants admits that Augustine Morales was fatally shot on November 14, 2020, by Sacramento Police Department Sergeant Jeremiah Jarvis after gunfire broke out at an event entitled "Gunz Down, Gloves Up." As to the remaining allegations contained in paragraph 1, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

2. Answering paragraph 2 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

3. Answering paragraph 3 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

4. Answering paragraph 4 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

5. Answering paragraph 5 of the Complaint, Defendants, without admitting that the allegations in the Complaint are true, and given its Affirmative Defenses to the allegations of the Complaint, admit that jurisdiction is conferred upon this Court pursuant to Title 28 of the United States Code §§ 1331, 1343.

6. Answering paragraph 6 of the Complaint, Defendants, without admitting that the allegations contained in the Complaint are true, and given its Affirmative Defenses to the allegations of the Complaint, admit that venue is proper.

7. Answering paragraph 7 of the Complaint, Defendants admit the allegations contained therein.

8. Answering paragraph 8 of the Complaint, Defendants admit the allegations contained therein.

///

2
ANSWER OF DEFENDANT CITY OF SACRAMENTO AND JEREMIAH JARVIS
1080936

9.   Answering paragraph 9 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

10.   Answering paragraph 10 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

11.   Answering paragraph 11 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

12.   Answering paragraph 12 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

13.   Answering paragraph 13 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

14.   Answering paragraph 14 of the Complaint, Defendants admit the allegations contained therein.

15.   Answering paragraph 15 of the Complaint, Defendants admit the allegations contained therein.

16.   Answering paragraph 16 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

17.   Answering paragraph 17 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

18.   Answering paragraph 18 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

19. Answering paragraph 19 of the Complaint, Defendants admit the allegations contained therein.

20. Answering paragraph 20 of the Complaint, Defendants admit the allegations contained therein.

21. Answering paragraph 21 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

22. Answering paragraph 22 of the Complaint, Defendants deny each and every allegation contained therein.

23. Answering paragraph 23 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

24. Answering paragraph 24 of the Complaint, Defendants admit that gunshots were fired.  As to the remaining allegations contained in paragraph 24, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

25. Answering paragraph 25 of the Complaint, Defendants admit that Morales was holding a firearm and that he was intoxicated.  As to the remaining allegations contained in paragraph 25, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

26. Answering paragraph 26 of the Complaint, Defendants admit the allegations contained therein.

27. Answering paragraph 27 of the Complaint, Defendants admit that after hearing a number of shots being fired in quick succession, Sgt. Jarvis jogged towards the space where the event was taking place with his firearm drawn. Defendants deny the remaining allegations in paragraph 27.

///

28. Answering paragraph 28 of the Complaint, Defendants admit that Sgt. Jarvis saw a gun in Morales' hand.   Defendants deny the remaining allegations in paragraph 28.

29. Answering paragraph 29 of the Complaint, Defendants deny each and every allegation contained therein.

30. Answering paragraph 30 of the Complaint, Defendants deny each and every allegation contained therein.

31. Answering paragraph 31 of the Complaint, Defendants deny each and every allegation contained therein.

32. Answering paragraph 32 of the Complaint, Defendants deny each and every allegation contained therein.

33. Answering paragraph 33 of the Complaint, Defendants deny each and every allegation contained therein.

34. Answering paragraph 34 of the Complaint, Defendants admit the allegations contained therein.

35. Answering paragraph 35 of the Complaint, Defendants deny each and every allegation contained therein.

36. Answering paragraph 36 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

37. Answering paragraph 37 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

38. Answering paragraph 38 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

39. Answering paragraph 39 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

ANSWER OF DEFENDANT CITY OF SACRAMENTO AND JEREMIAH JARVIS
1080936

40. Answering paragraph 40 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

41. Answering paragraph 41 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

42. Answering paragraph 42 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

43. Answering paragraph 43 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

44. Answering paragraph 44 of the Complaint, Defendants incorporate by reference its responses to each and every paragraph of the Complaint as though fully set forth herein.

45. Answering paragraph 45 of the Complaint, Defendants deny each and every allegation contained therein.

46. Answering paragraph 46 of the Complaint, Defendants deny each and every allegation contained therein.

47. Answering paragraph 47 of the Complaint, Defendants deny each and every allegation contained therein.

48. Answering paragraph 48 of the Complaint, Defendants deny each and every allegation contained therein.

49. Answering paragraph 49 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

50. Answering paragraph 50 of the Complaint, Defendants incorporate by reference its responses to each and every paragraph of the Complaint as though fully set forth herein.

///

51. Answering paragraph 51 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 51.

52. Answering paragraph 52 of the Complaint, Defendants deny each and every allegation contained therein.

53. Answering paragraph 53 of the Complaint, Defendants deny each and every allegation contained therein.

54. Answering paragraph 54 of the Complaint, Defendants deny each and every allegation contained therein.

55. Answering paragraph 55 of the Complaint, Defendants deny each and every allegation contained therein.

56. Answering paragraph 56 of the Complaint, Defendants deny each and every allegation contained therein.

57. Answering paragraph 57 of the Complaint, Defendants deny each and every allegation contained therein.

58. Answering paragraph 58 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 58.

59. Answering paragraph 59 of the Complaint, Defendants deny each and every allegation contained therein.

60. Answering paragraph 60 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

61. Answering paragraph 61 of the Complaint, Defendants incorporate by reference its responses to each and every paragraph of the Complaint as though fully set forth herein.

62. Answering paragraph 62 of the Complaint, Defendants admit the allegations contained therein.

///

ANSWER OF DEFENDANT CITY OF SACRAMENTO AND JEREMIAH JARVIS

1080936

63. Answering paragraph 63 of the Complaint, Defendants deny each and every allegation contained therein.

64. Answering paragraph 64 of the Complaint, Defendants deny each and every allegation contained therein.

65. Answering paragraph 65 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 65.

66. Answering paragraph 66 of the Complaint, Defendants deny each and every allegation contained therein.

67. Answering paragraph 67 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

68. Answering paragraph 68 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

69. Answering paragraph 69 of the Complaint, Defendants incorporate by reference its responses to each and every paragraph of the Complaint as though fully set forth herein.

70. Answering paragraph 70 of the Complaint, Defendants deny each and every allegation contained therein.

71. Answering paragraph 71 of the Complaint, Defendants deny each and every allegation contained therein.

72. Answering paragraph 72 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 72.

73. Answering paragraph 73 of the Complaint, Defendants deny each and every allegation contained therein.

74. Answering paragraph 74 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis

1  deny each and every allegation contained therein.

2      75.   Answering paragraph 75 of the Complaint, Defendants are without sufficient
3  knowledge or information to form a belief as to the truth of those allegations and on that basis
4  deny each and every allegation contained therein.

5      76.   Answering paragraph 76 of the Complaint, Defendants incorporate by reference
6  its responses to each and every paragraph of the Complaint as though fully set forth herein.

7      77.   Answering paragraph 77 of the Complaint, Defendants admit the allegations
8  contained therein.

9      78.   Answering paragraph 78 of the Complaint, Defendants admit the allegations
10 contained therein.

11     79.   Answering paragraph 79 of the Complaint, Defendants admit the allegations
12 contained therein.

13     80.   Answering paragraph 80 of the Complaint, Defendants deny each and every
14 allegation contained therein.

15     81.   Answering paragraph 81 of the Complaint, Defendants deny each and every
16 allegation contained therein.

17     82.   Answering paragraph 82 of the Complaint, Defendants deny each and every
18 allegation contained therein.

19     83.   Answering paragraph 83 of the Complaint, Defendants deny each and every
20 allegation contained therein.

21     84.   Answering paragraph 84 of the Complaint, Defendants deny each and every
22 allegation contained therein.

23     85.   Answering paragraph 85 of the Complaint, Defendants are without sufficient
24 knowledge or information to form a belief as to the truth of those allegations and on that basis
25 deny each and every allegation contained therein.

26     86.   Answering paragraph 86 of the Complaint, Defendants incorporate by reference
27 its responses to each and every paragraph of the Complaint as though fully set forth herein.

28 / / /

87. Answering paragraph 87 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 87.

88. Answering paragraph 88 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 88.

89. Answering paragraph 89 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 89.

90. Answering paragraph 90 of the Complaint, the allegations are conclusions of law not averments of fact to which a response is required. To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 90.

91. Answering paragraph 91 of the Complaint, Defendants deny each and every allegation contained therein.

92. Answering paragraph 92 of the Complaint, Defendants deny each and every allegation contained therein.

93. Answering paragraph 93 of the Complaint, Defendants deny each and every allegation contained therein.

94. Answering paragraph 94 of the Complaint, Defendants deny each and every allegation contained therein.

95. Answering paragraph 95 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

///

## SECOND AFFIRMATIVE DEFENSE

At all times alleged in the First Amended Complaint, Defendants' actions were reasonable and in good faith and therefore, the individual Defendants are entitled to qualified immunity.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff and/or Plaintiff's decedent was negligent, and such negligence was the sole or partial cause of the incident alleged in the Complaint, and Plaintiff's recovery should be barred or reduced to the extent of Plaintiff and/or Plaintiff's decedent's negligence.

## FOURTH AFFIRMATIVE DEFENSE

The incident alleged in the Complaint was caused by the negligence and/or fault of other persons, corporations, and entitles including both parties and non-parties to this action whether named or unnamed and Defendants' liability, if any, should be reduced accordingly.

## FIFTH AFFIRMATIVE DEFENSE

Each act or omission alleged in the Complaint alleging a violation of California law falls within the privileges, immunities and defenses described in the California Penal Code including but not limited to sections 834, 834a, 835, 836, 836.5, and 847.

## SIXTH AFFIRMATIVE DEFENSE

Each act or omission alleged in the Complaint alleging a violation of California law falls within the privilege, immunities and defenses described in the California Lanterman-Petris-Short Act, California Welfare and Institutions Code section 5000 et seq.

## SEVENTH AFFIRMATIVE DEFENSE

The force used on Plaintiffs' decedent was reasonable and necessary under the circumstances, and any injury or damage alleged in the Complaint was due to and caused by Plaintiffs' and/or Plaintiff's decedent's negligent and/or unlawful conduct.

## EIGHTH AFFIRMATIVE DEFENSE

The force used on Plaintiffs' decedent was caused and necessitated by Plaintiffs' decedent's acts, and was necessary and reasonable as self-defense and/or defense of others.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs are equitably estopped from asserting each of the claims for relief alleged in the Complaint by reason of the acts, omissions, and conduct of Plaintiff and certain of Plaintiff's agents, upon which Defendants relied to their prejudice and detriment.

WHEREFORE, Defendants' request:

1. That Plaintiff take nothing from Defendants herein and that judgment be awarded in favor of Defendants;

2. That Defendants recover its reasonable costs incurred in the defense of this action; and

3. For such other and further relief as the court may deem proper.

### DEMAND FOR JURY TRIAL

NOTICE IS HEREBY GIVEN that Defendant City of Sacramento and Jeremiah Jarvis, demand a jury trial in the above-entitled action pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the United States Constitution.

DATED: October 28, 2021

SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
SEAN D. RICHMOND
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO and JEREMIAH JARVIS