**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.M., individually and as successor in interest to Augustine Morales guardian ad litem Wendy Grijalva, et al.<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>CITY OF SACRAMENTO, et al..<br><br>　　　　　Defendant(s). | Case No.: 2:21-cv-01619-MCE-JDP<br><br>**PLAINTIFF ROXANNE MORALES' REQUEST FOR WAIVER OF PERSONAL PRESENCE** |

Plaintiff Roxanne Morales hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, the motion for a minor's compromise.

/

/
/
/

Date: **June 20, 2023**            Respectfully submitted,

                              **POINTER & BUELNA, LLP**

                              **LAWYERS FOR THE PEOPLE**

                              /s/ Patrick Buelna
                              PATRICK M. BUELNA
                              COUNSEL FOR PLAINTIFFS

    IT IS SO ORDERED.

Dated:  June 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE