1  **LAW OFFICE OF DALE K. GALIPO**
   DALE K. GALIPO, SBN 144074
2  Hang D. Le, Esq., SBN 293450
   21800 Burbank Blvd., Suite 310
3  Woodland Hills, CA 91367
   Telephone:  (818) 347-3333
4  Facsimile:   (818) 347-4118

5
   **LAW OFFICE OF STEWART KATZ**
6  STEWART KATZ, State Bar #127425
   555 University Avenue, Suite 270
7  Sacramento, California 95825
8  Telephone: (916) 444-5678

9  Attorneys for Plaintiffs

10

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13

14 | A.A.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem; A.B.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem ; JOSEPH MORALES, WENDY GRIJALVA, | **Case No.** 2:21-cv-1619-MCE-JDP (related to Case No. 2:21-cv-2093) **WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER** |

           Plaintiffs,
       vs.

   CITY OF SACRAMENTO; JEREMIAH JARVIS
           Defendants
   _____

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

    Under Local Rule 174(a)(1), Plaintiffs A.A.M., A.B.M., Wendy Grijalva, and Joseph Morales, by and through their attorney of record, hereby waive their right to personally appear, and consent to appear by videoconference at the hearing on Plaintiffs' Motion for Approval of Compromise of Claims of Minor Plaintiffs A.A.M. and A.B.M., scheduled for July 13, 2023 at 10:00 a.m.

Respectfully Submitted,
DATED:  June 27, 2023

LAW OFFICES OF DALE K. GALIPO
LAW OFFICE OF STEWART KATZ

By _____
Dale K. Galipo
Stewart Katz
Hang D. Le
Attorneys for Plaintiffs A.A.M., A.B.M., Wendy Grijalva, and Joseph Morales

    IT IS SO ORDERED.

Dated:  June 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE