**LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
Hang D. Le, Esq., SBN 293450
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem; A.B.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem ; JOSEPH MORALES, WENDY GRIJALVA,<br><br>             Plaintiffs,<br>     vs.<br><br>CITY OF SACRAMENTO; JEREMIAH JARVIS<br>             Defendants | **Case No.** 2:21-cv-1619-MCE-JDP<br>(related to Case No. 2:21-cv-2093)<br><br>**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS A.A.M. AND A.B.M.** |

**ORDER**

This Court, having considered Plaintiffs' Unopposed Motion for Approval of Compromise of Claims of Minor Plaintiffs A.A.M. and A.B.M., and GOOD CAUSE appearing therefore, hereby GRANTS the Motion and makes the following orders:

1.  The settlement of minor plaintiff A.A.M.'s action against the Defendants in the net amount of $524,112.64 is hereby approved.

2.  The settlement of minor plaintiff A.B.M.'s action against the Defendants in the net amount of $524,112.64 is hereby approved.

2.  **Within 30 days of this Order**, Defendant City of Sacramento, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $2,066,666.66 payable as follows:

    a.  A draft for $1,018,441.38 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account," and sent to the Law Offices of Dale K. Galipo. These funds shall be used to satisfy (1) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Law Office of Stewart Katz in the amount of $174,704.22 by Plaintiff A.A.M.; (2) the pro rata costs owed to Plaintiff A.A.M.'s attorneys in the amount of $1,183.14; (3) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Law Office of Stewart Katz in the amount of $174,704.22 by Plaintiff A.B.M.; (4) the pro rata costs owed to Plaintiff A.B.M.'s attorneys in the amount of $1,183.14; (5) the total gross settlement amount to Plaintiff Wendy Grijalva in the amount of $333,333.33; and (6) the total gross settlement amount to Plaintiff Joseph Morales in the amount of $333,333.33.

    c.  Defendant City of Sacramento will purchase a structured annuity for the minor Plaintiff A.A.M. in the amount of $524,112.64 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee 1"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best

1  Company as set forth in "Exhibit A" to the Declaration of Hang D. Le and in the
2  table below. The total amount that A.A.M. will receive after the final payment is
3  made directly to her from the annuity is $1,006,400.

      b.    Defendant City of Sacramento will purchase a structured annuity for the minor Plaintiff A.B.M. in the amount of $524,112.64 from MetLife Assignment Company, Inc. (hereinafter referred to as "Assignee 2"), which will provide periodic payments to be made by Metropolitan Tower Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit B" to the Declaration of Hang D. Le and in the table below. The total amount that A.B.M. will receive after the final payment is made directly to her from the annuity is $1,612,700.

      c.    Defendant City of Sacramento will arrange to have the annuity premium check, made payable to MetLife Assignment Company, Inc., delivered directly to the annuity broker, Baldwin Settlements, before the due date specified on the annuity quote provided.

5.    Annuity Carrier shall provide periodic payments in accordance with "Exhibit A" and "Exhibit B" to the Declaration of Hang D. Le and as set forth in the table below.

6.    All sums and periodic payments set forth in the two "Periodic Payments" tables below constitute damages on account of personal physical injuries or physical illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. Disbursement drafts will be made payable and will begin being issued directly to Plaintiff A.A.M. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to A.A.M.**

| | |
|---|---|
| $25,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 18 |
| $35,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 20 |
| $45,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 22 |
| $75,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 24 |
| $100,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 26 |
| $200,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 28 |
| $526,400 | Lump Sum – Guaranteed Tax-Free; Payable at age 30 |

8. Disbursement drafts will be made payable and will begin being issued directly to Plaintiff A.B.M. upon reaching the age of maturity according to the payment schedule below.

**Periodic Payments payable to A.B.M.**

| | |
|---|---|
| $75,000 | Annual Benefit – Guaranteed Tax-Free; Payable annually, guaranteed 4 years only, to begin at age 18 |
| $45,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 22 |
| $75,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 24 |
| $125,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 26 |
| $280,000 | Lump Sum – Guaranteed Tax-Free; Payable at age 28 |
| $787,700 | Lump Sum – Guaranteed Tax-Free; Payable at age 30 |

9. Defendant City of Sacramento will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignees 1 and 2, of the Defendant City of Sacramento's liability to make the periodic payments as described in the above tables and in "Exhibit A" and "Exhibit B" to the Declaration of Hang D. Le filed concurrently herewith. Such assignment, if made, shall be accepted by the Plaintiffs without right of rejection and shall completely release and discharge City of Sacramento from such obligations hereunder as are assigned to Assignee. This includes that City of Sacramento shall execute a Qualified Assignment document.

10. Defendant City of Sacramento and/or Assignees 1 and 2 shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

11. Assignees 1 and 2 shall be the owners of the annuity policy or policies, and shall have all rights of ownership.

12. Assignees 1 and 2 will have the Annuity Carrier mail payments directly to the Plaintiffs A.A.M. and A.B.M., as set forth above. Wendy Grijalva (until Plaintiffs A.A.M. and A.B.M. reach the age of the majority) and then Plaintiffs A.A.M. and A.B.M. shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

IT IS SO ORDERED.

Dated: July 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE