**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.A.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem; A.B.M., individually and as successor in interest to AUGUSTINE MORALES, Deceased, by and through WENDY GRIJALVA, as Guardian ad Litem ; JOSEPH MORALES, WENDY GRIJALVA,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF SACRAMENTO; JEREMIAH JARVIS<br>        Defendants | Case No. 2:21-cv-01619-MCE-JDP<br><br>**ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**ORDER**

Pursuant to the Stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear their own costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 14, 2024

*[signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE